JENNIE TERRASI *v.* CHARLES ANDREWS

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied. The record is inadequate for review.

*Herman D. Silberberg,* in support of the petition.

*Mary P. Ryan,* assistant counsel, state welfare department, in opposition.

Submitted September 30—decided November 9, 1965

STATE OF CONNECTICUT *v.* LEE ROBINSON

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Lee Robinson,* a minor, by his parent and natural guardian, *Joan Robinson,* in support of the petition.

*Americo S. Ventura,* assistant prosecuting attorney, in opposition.

Submitted October 29—decided November 9, 1965

BANK BUILDING AND EQUIPMENT CORPORATION OF AMERICA ET AL. *v.* J. GERARD PHELAN ET AL.

The motion by the plaintiff to dismiss the appeal from the Superior Court in Hartford County is granted.

*Morris Tyler,* for the appellee (plaintiff).

*Carl D. Eisenman,* assistant attorney general, with whom was *F. Michael Ahern,* assistant attorney general, for the appellants (defendants).

Argued October 5—decided November 24, 1965